**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000099
17-DEC-2015
09:17 AM**

NO. CAAP-15-0000099

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
STRUCTURED ASSET INVESTMENT LOAN TRUST
SERIES 2005-7, Plaintiff-Appellee,
v.
HENRY MACASIO MALINAY, MARILYN CORPUZ
MALINAY, Defendants-Appellants
and
HMSA EMPLOYEES' FEDERAL CREDIT UNION, Defendant-Appellee,
and
DOES 1 THROUGH 20, inclusive, Defendant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1225)


ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of
Appeal *With Prejudice* as to the Notice of Appeal Filed February
25, 2015" (emphasis in original), filed December 8, 2015, by
Plaintiff-Appellee US Bank National Association, as Trustee for
the Structured Asset Investment Loan Trust Series 2005-7, and
Defendants-Appellants Henry Macasio Malinay and Marilyn Corpuz
Malinay, the papers in support, and the record, it appears that
(1) the appeal was docketed April 8, 2015; (2) the parties
stipulate to dismiss the appeal with prejudice, pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the
stipulation is dated and signed by counsel for all parties
appearing in the appeal; and (4) the parties agree to bear their
own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, December 17, 2015.

Presiding Judge

Associate Judge

Associate Judge